**Petition for Permissive Appeal Denied and Memorandum Opinion filed May 28, 2015.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-15-00390-CV

---

## GRACE INSTRUMENT INDUSTRIES, LLC, Appellant

## V.

## MELDEN SCHMIDT AND OFI TESTING EQUIPMENT, INC., Appellees

---

**On Appeal from the 113th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2014-33726**

---

## M E M O R A N D U M   O P I N I O N

On April 30, 2015, appellant Grace Instrument Industries, LLC filed a petition for permissive appeal in this court. *See* Tex. Civ. Prac. & Rem. Code Ann. § 51.014 (West 2015); *see also* Tex. R. App. P. 28.3. In the petition, appellant asked this court to review the trial court's interlocutory order granting summary judgment in favor of appellees.

Appellant has not provided this court with a written order issued by the trial court permitting appellant's appeal of the interlocutory order.  *See* Tex. Civ. Prac. & Rem. Code Ann. § 51.014(d); Tex. R. App. P. 28.3(a).  Accordingly, we deny appellant's petition for permissive appeal.

PER CURIAM

Panel consists of Justices Boyce, McCally, and Busby.